# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON, | |
| Plaintiff, | Case No. 2:16-cv-01217-APG-GWF |
| vs. | **ORDER** |
| PARRISH SNEAD FRANKLIN SIMPSON, PLC, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendants removed this matter to federal court on June 1, 2016. Defendant England Run Community Association, Inc. filed its Motion to Dismiss (ECF No. 7) on June 7, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 12, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 29th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge