**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ERVIN MIDDLETON,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PARRISH SNEAD FRANKLIN SIMPSON, *et al.,*<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-1217-APG-GWF<br><br>**ORDER DISMISSING DEFENDANT GEORGE P. SNEAD** |

On August 11, 2016, Plaintiff was advised by the court (Dkt. #20) that this action would be dismissed without prejudice as to defendant George P. Snead unless on or before September 10, 2016, Plaintiff filed proper proof of service or showed good cause why such service was not timely made. Plaintiff has failed to file proof of service nor shown good cause. Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** only as to defendant George P. Snead.

Dated: September 12, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE