# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERVIN MIDDLETON, | Case No. 2:16-cv-01217-APG-GWF |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| PARRISH SNEAD FRANKLIN SIMPSON, PLC; ENGLAND RUN COMMUNITY ASSOCIATION, INC.; JENNIFER LEE PARRISH; CHRISTIAN B. FRANKLIN; PAUL A. SIMPSON; GEORGE P. SNEAD; MELINDA J. LeBEAU and DOES 1-25, | |
| Defendants. | |

I previously dismissed plaintiff Ervin Middleton's claims, with leave to amend some of his claims. ECF No. 29. I directed Middleton to file an amended complaint within 21 days of the prior order or the case would be closed. *Id.* Middleton did not file an amended complaint.

IT IS THEREFORE ORDERED that the clerk of court is instructed to close this case.

DATED this 5th day of May, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE