UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERVIN MIDDLETON,<br><br>              Plaintiff,<br><br>v.<br><br>PARRISH SNEAD FRANKLIN SIMPSON, PLC; ENGLAND RUN COMMUNITY ASSOCIATION, INC.; JENNIFER LEE PARRISH; CHRISTIAN B. FRANKLIN; PAUL A. SIMPSON; GEORGE P. SNEAD; MELINDA J. LeBEAU and DOES 1-25,<br><br>              Defendants. | Case No. 2:16-cv-01217-APG-GWF<br><br>**ORDER DENYING DEMAND TO VACATE AND MOTION FOR CONTEMPT**<br><br>(ECF Nos. 38, 41) |

I previously dismissed plaintiff Ervin Middleton's claims and directed that the case be closed. ECF No. 31. Middleton filed a "Notice of Demand Writ of Quo Warranto Demand to Vacate NRCP 60(4)." ECF No. 38. I take that as a motion to reconsider my earlier order. Middleton has offered no legitimate reason for me to reconsider my earlier action. Therefore, I will deny the motion.

Middleton also filed a motion to hold me and Magistrate Judge Foley in contempt. ECF No. 41. Again, Middleton offers no legitimate basis for that motion. Moreover, this case is closed.

Middleton may attempt to take his concerns to the United States Court of Appeals for the Ninth Circuit, if the deadline to do so has not already passed. He may not file any further papers in this case, as it is closed.

IT IS THEREFORE ORDERED that Middleton's motions (ECF Nos. 38, 41) are DENIED. The clerk of court is instructed to accept no further filings from Middleton in this case.

DATED this 21st day of July, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE