# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERVIN MIDDLETON, | Case No. 2:16-cv-01217-APG-GWF |
| Plaintiff, | |
| v. | **ORDER ON NOTICE** |
| PARRISH SNEAD FRANKLIN SIMPSON, PLC; ENGLAND RUN COMMUNITY ASSOCIATION, INC.; JENNIFER LEE PARRISH; CHRISTIAN B. FRANKLIN; PAUL A. SIMPSON; GEORGE P. SNEAD; MELINDA J. LeBEAU and DOES 1-25, | (ECF No. 45) |
| Defendants. | |

I previously dismissed plaintiff Ervin Middleton's claims and directed that the case be closed. ECF No. 31. Middleton filed a petition for writ of mandamus which is captioned as if it were to be filed "In the Supreme Court of Nevada Appellate Division." ECF No. 45. To the extent Middleton seeks to file this document with the Supreme Court of Nevada, he must file it with that court, not this one. To the extent this document is meant to be a notice of appeal or a petition for writ of mandamus to the United States Court of Appeals for the Ninth Circuit, Middleton must follow the Federal Rules of Appellate Procedure. I will take no further action on Middleton's filing.

DATED this 30th day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE